STEPHEN C. RUEHMANN (167533)
MARC C. FISHER, ESQ. (44794)
**FISHER & RUEHMANN, LLP**
9580 Oak Avenue Parkway, Suite 15
Folsom, CA 95630
Tel: (916) 988-8001
Fax: (916) 988-8002

Attorneys for Plaintiffs
MIRNA SOSA-RUIZ AND
MANUEL DE JESUS MARTINEZ

# UNITED STATES DISTRICT COURT
# NOTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIRNA SOSA-RUIZ AND MANUEL DE JESUS MARTINEZ, <br><br> Plaintiffs, <br><br> vs. <br><br> WILMINGTON FINANCE, INC., a Delaware corporation; VERICREST FINANCIAL, INC., a Delaware corporation; MORTGAGE LENDER SERVICES, INC., a California corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation; MERSCORP, INC., a Delaware corporation; ALL AMERICAN MORTGAGE, an California company, unknown entity type; and DOES 1 to 100, inclusive, <br><br> Defendants. | Case No.: CV 10-1399 BZ <br><br> REQUEST FOR VOLUNTARY DISMISSAL and [PROPOSED] ORDER |

NOTICE IS HEREBY GIVEN that pursuant to FRCP 41 (a), Plaintiffs voluntarily dismiss the above captioned action without prejudice.

1

1 | Dated: July 23, 2010

/S/ Stephen C. Ruehmann
Stephen C. Ruehmann
Attorney for Plaintiffs

IT IS SO ORDERED.

**ORDER GRANTING VOLUNTARY DISMISSAL**

*[signature]*

Magistrate Bernard Zimmerman